**JOHN J. TALTON, CHAPTER 13 TRUSTEE**

Payee: Clerk of the Court

Check #: **1106214**
Date: 01/19/2016

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1010519 | 00008 | JASON R. SELLS & TINIA M. SELLS<br>Original Check written to:<br>ANCHORAGE NEUROSURGICAL ASSOC., INC.<br>3220 PROVIDENCE DR #E3-020<br>ANCHORAGE, AK, 99508 | 0841 | 11,573.46 | 6,192.61 | 0.00 | 6,192.61 |
| | | TOTALS | | 11,573.46 | 6,192.61 | 0.00 | 6,192.61 |